United States District Court

Eastern District of California

Timothy Neil Gagen,

    Plaintiff,                        No. Civ. S 05-1387 MCE PAN P

  vs.                                Order

Klemen Ylaga, et al.,

    Defendants.

-oOo-

August 2, 2005, plaintiff filed a notice of abandonment of suit, which the court construes as a notice of dismissal.  Since defendants have neither answered the complaint nor moved for summary judgment, the Clerk of the Court shall enter plaintiff's dismissal without prejudice.  Fed. R. Civ. P. 41(a)(1).

So ordered.

Dated:  August 16, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge